This document contains some pages that are of poor quality at the time of imaging.

No. B18043-0905
No. B37661-1012

83,440·01,02

MOTION DENIED
DATE: 7-29-15
BY: PC

In The Texas court of criminal Appeals
INRE Petronilo Alcala martinez, Relator

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

## Motion For Leave To File

motion To order the Trial court To File it's "Finding of Facts And conclusion of Law" As Required Pursuant To sect. 8 of The Texas code of criminal Procedure,

To the honorable Judges of said court:

Comes now Petronilo Alcala martinez, Relator in the instant cause And Prays the court will grant Relator's motion for Leave To File motion To order the Trial Court To File it's "Findings of Facts And conclusion of Law" As Required Pursuant To sect. 8 of the Texas Code of criminal procedure. And for good cause will show the Following:

## I

Respondents The Trial court has "Not" Filed its "Finding Facts And conclusion of The Law As Of July 23, 2015. within This court Pursuant To Art. 11.07 sect. 8 of The Texas code of Criminals procedure. The Trial court is Required To File Finding facts And conclusion of Law with This Court without such Respondent Violate the rule, And delays the Ruling of This court.

## II

Applicant begs this honorable court to order respondents to immediately file it's Findings of Facts And conclusion of Law As required In sect 8 Art. 11.07 of the Texas code of criminal procedure within 30 days. And to stop delaying the rulings of This courts with unwarranted Delays.

## Prayer

Wherefore, Premises Considered, Relator Petronilo Alcala Martinez prays This court will grant Leave to file motion to order Respondent Trial court to file it's Finding Facts And conclusion of Law with this court within the next 30 days. To resolve the issues set out In the Application.

## Certificate of Service

I petronilo Alcala martinez, Relator do hereby Ceritify that A True And correct copy of the foregoing document was mailed To Respondent the honorable Judge And district clerk of the 242nd District court of Hale county Tx. At: 225 Broadway, Ste 4 Plainview Texas 79072 on July 23, 2015

Respectfully,

Petronilo Alcala martinez
#1787690
McConnell unit
3001 S. Emily Dr.
Beeville, TX 78102